FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JAN 15 PM 2:38
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDWARD LITWINKOWICH,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

CASE NO. CV417-220

**ORDER**

Before the Court is Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 23.) Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security with remand under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of Defendant's request, with Plaintiff's consent, to remand this action for further action, this case is hereby remanded. Should the Appeals Council remand to an ALJ, upon remand the ALJ will take the following actions: (1) update the medical record; (2) further evaluate Plaintiff's residual functional capacity, including consideration of the impact of Plaintiff's mental limitations and his use of a cane; and (3) if necessary, obtain vocational expert testimony.

Therefore, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand

of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The Clerk is **DIRECTED** to close this case.

SO ORDERED this 15th day of January 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA