# United States District Court
## Southern District of Georgia

Edward Litwinkowich,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:17-cv-220

Nancy A. Berryhill, Acting Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 1/15/19 reversing the Commissioners decision,

judgment is entered remanding this case to the Commissioner for further proceedings.

Approved by: _____

| 1/15/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

_(signature)_

(By) Deputy Clerk