# United States District Court
## Southern District of Georgia

Edward Litwinkowick,

                                       JUDGMENT IN A CIVIL CASE

               v.                               CASE NUMBER: CV417-220

Nancy A. Berryhill, Acting Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/18/19, judgment is entered in favor of the Plaintiff

for attorney fees and against the government in the amount of $8,056.00.



| 4/19/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

                                                                                         (By) Deputy Clerk